**No. 64464.**—Alfred H. Marzolf et al. *v.* United States, protests 248158–K, etc. (Seattle).

**No. 64466.**—Alfred H. Marzolf *v.* United States, protests 253615–K, etc. (Seattle).

**No. 64467.**—Alfred H. Marzolf *v.* United States, protest 253616–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "A" consist of fresh, chilled, or frozen pork similar in all material respects to that the subject of Abstract 59714, and that the items marked "B" consist of prepared or preserved pork similar in all material

respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claims of the plaintiff were sustained.